FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2006 NOV 22  P 1: 20

UNITED STATES OF AMERICA,

v.  Case No. 3:91-cr-175-J-20HTS

ELLIS E. NEDER, JR.

_____/

## ORDER

Before the Court is Defendant Neder's Motion for Release of Reports With Attachments (Doc. No. 1293, filed November 14, 2006). Defendant Neder, through his attorney, seeks copies of all reports and attachments, filed by Defendant since being placed on supervised release on October 11, 2001. Defendant states that he needs to review this information in order to address issues regarding an alleged violation of supervised release.

Upon due consideration, Defendant's Motion for Release of Reports With Attachments is **GRANTED**.

**DONE AND ENTERED** at Jacksonville, Florida, this 22d day of November, 2006.

HARVEY E. SCHLESINGER
United States District Judge

**Copies to:**

Mitchell A. Stone, Esq.
Frank M. Talbot, AUSA
U.S. Probation